**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| GARY S. MARIOTTI | : | |
| | : | |
| DEBTOR | : | NO. 18-12564(ELF) |

**CERTIFICATION OF NO RESPONSE**

    I, David B. Spitofsky, Esquire, counsel for debtor, hereby certify that of this 7th day of May 2018, there has been no response or answer regarding Debtor's Motion to Extend Automatic Stay Under Section 362(c)(3)(B) of the Bankruptcy Code pursuant to the Notice of Motion, Response Deadline and Hearing Date, dated and served April 20, 2018.  It is respectfully requested that said Motion to Extend Automatic Stay Under Section 362(c)(3)(B) of the Bankruptcy Code be presented to the Honorable Eric L. Frank as UNCONTESTED.

    I certify under penalty of perjury that the foregoing is true and correct.


Dated: May 7, 2018

                                              /s/ David B. Spitofsky
                                              David B. Spitofsky, Esquire
                                              516 Swede Street
                                              Norristown, PA 19401
                                              Phone No.: (610) 272-4555
                                              Fax No.: (610) 272-2961
                                              Email: spitofskylaw@verizon.net