UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | : | CHAPTER 13 | Hearing Date: 05/15/18 |
| | : | | Time: 11:00 a.m. |
| GARY S. MARIOTTI | : | | Place: Courtroom #5 |
| | : | | U.S. Bankruptcy Ct. |
| | : | | 900 Market Street |
| DEBTOR | : | NO. 18-12564(ELF) | Phila., PA 19107 |

### ORDER EXTENDING AUTOMATIC STAY

AND NOW, this ___ day of May, 2018, upon consideration of Debtor's Motion to Extend the Automatic Stay under Section 362(c)(3)(B) of the Bankruptcy Code (the "Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED** and that the automatic stay is extended as to all creditors for the duration of this chapter 13 proceeding, or until such time as the stay is terminated under Section 362(c)(1) or (c)(2), or a motion for relief is granted under Section 362(d).

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

cc:  David B. Spitofsky, Esquire
     516 Swede Street
     Norristown, PA 19401

     Frederic J. Baker, Esquire
     833 Chestnut Street, Suite 500
     Philadelphia, PA 19107

     William C. Miller, Esquire
     Chapter 13 Standing Trustee
     P.O. Box 1229
     Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000
Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532

Ditech Financial LLC
P.O. Box 44265
Jacksonville, FL 32231-4265

All Creditors and
Interested Parties