United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-12564-elf
Gary S. Mariotti                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: May 15, 2018
                             Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
db            +Gary S. Mariotti,   721 Clymer Lane,   Ridley Park, PA 19078-1312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:
          DAVID B. SPITOFSKY    on behalf of Debtor Gary S. Mariotti spitofskybk@verizon.net,
           spitofskylaw@verizon.net
          REBECCA ANN SOLARZ    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    :   CHAPTER 13        Hearing Date: 05/15/18
                          :                     Time: 11:00 a.m.
GARY S. MARIOTTI          :                     Place: Courtroom #5
                          :                     U.S. Bankruptcy Ct.
                          :                     900 Market Street
     DEBTOR               :   NO. 18-12564(ELF)    Phila., PA 19107

ORDER EXTENDING AUTOMATIC STAY

AND NOW, this ___ day of May ___ , 2018, upon consideration of Debtor's Motion to Extend the Automatic Stay under Section 362(c)(3)(B) of the Bankruptcy Code (the "Motion"), it is hereby

ORDERED that the Motion is GRANTED and that the automatic stay is extended as to all creditors for the duration of this chapter 13 proceeding, or until such time as the stay is terminated under Section 362(c)(1) or (c)(2), or a motion for relief is granted under Section 362(d).

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

cc:  David B. Spitofsky, Esquire
     516 Swede Street
     Norristown, PA 19401

     Frederic J. Baker, Esquire
     833 Chestnut Street, Suite 500
     Philadelphia, PA 19107

     William C. Miller, Esquire
     Chapter 13 Standing Trustee
     P.O. Box 1229
     Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000
Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532

Ditech Financial LLC
P.O. Box 44265
Jacksonville, FL 32231-4265

All Creditors and
Interested Parties