# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-12564-ELF

GARY  S MARIOTTI

721 CLYMER LANE

RIDLEY PARK, PA 19078

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    GARY  S MARIOTTI

    721 CLYMER LANE

    RIDLEY PARK, PA 19078

Counsel for debtor(s), by electronic notice only.

    DAVID B. SPITOFSKY ESQUIRE
    LAW OFFICES OF DAVID SPITOFSKY
    516 SWEDE ST
    NORRISTOWN, PA 19401-

Date: 10/30/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee