United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-12564-elf
Gary S. Mariotti                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2          Date Rcvd: Dec 12, 2018
                          Form ID: pdf900      Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2018.
```
db           +Gary S. Mariotti,    721 Clymer Lane,    Ridley Park, PA 19078-1312
14092814     +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,    516 Swede Street,
               Norristown, PA 19401-4807
14092820      Ditech Financial LLC,    P.O. Box 44265,    Jacksonville, FL 32231-4265
14092821      I.C. Systems Collections,    P.O. Box 64378,    Saint Paul, MN 55164-0378
14092823     +KML Law Group, P.C.,    Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
               Philadelphia, PA 19106-1538
14092825      Progressive Insurance Company,    P.O. Box 7247-0311,    Philadelphia, PA 19170-0311
14104869     +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
14092827     +Southwest Radiology Ltd.,    190 W. Sproul Road,    Springfield, PA 19064-2027
14092828     +Tammy L. Mariotti,    721 Clymer Lane,    Ridley Park, PA 19078-1312
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Dec 13 2018 03:01:53     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2018 03:01:21
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 13 2018 03:01:37     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2018 03:06:23     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14092817      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 13 2018 03:06:12
               Capital One Bank USA, N.A.,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
14092818     +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 13 2018 03:01:59
               Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
14092819      E-mail/PDF: creditonebknotifications@resurgent.com Dec 13 2018 03:06:26     Credit One Bank,
               P.O. Box 60500,    City of Industry, CA 91716-0500
14128728      E-mail/Text: bankruptcy.bnc@ditech.com Dec 13 2018 03:01:01     Ditech Financial LLC,
               P.O. Box 6154,    Rapid City, SD 57709-6154
14092816     +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 13 2018 03:01:23     Frederic J. Baker, Esquire,
               Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
14092822      E-mail/Text: cio.bncmail@irs.gov Dec 13 2018 03:01:00     Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
14125779      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 13 2018 03:06:14
               LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
               FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14119700     +E-mail/Text: bankruptcydpt@mcmcg.com Dec 13 2018 03:01:23     MIDLAND FUNDING LLC,
               PO Box 2011,    Warren, MI 48090-2011
14092824      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2018 03:06:25
               Portfolio Recovery Associates,    120 Corporate Blvd.,    Norfolk, VA 23502
14113597      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2018 03:28:23
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14093928     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2018 03:06:25
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14092829     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 13 2018 03:00:54
               Verizon Pennsylvania,    500 Technology Drive,    Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14092815*    +Gary S. Mariotti,    721 Clymer Lane,    Ridley Park, PA 19078-1312
14092826    ##+Santander Consumer USA,    8585 N Stemmons FW,    Suite 1100 N,    Dallas, TX 75247-3822
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Dec 12, 2018
                              Form ID: pdf900             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2018 at the address(es) listed below:
          DAVID B. SPITOFSKY    on behalf of Debtor Gary S. Mariotti spitofskybk@verizon.net,
           spitofskylaw@verizon.net
          REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                           TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GARY S MARIOTTI                                   Chapter 13

                    Debtor            Bankruptcy No. 18-12564-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: December 12, 2018**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-


Debtor:
GARY  S MARIOTTI

721 CLYMER LANE

RIDLEY PARK, PA 19078